**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7825**

_____

MONTY E. WRIGHT, a/k/a Monty E. Hamlor,

                Plaintiff - Appellant,

        v.

WILLIAM W. MUSE, Chairman; VIRGINIA PAROLE BOARD,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:13-cv-00344-JCT-RSB)

_____

Submitted: February 27, 2014        Decided: March 5, 2014

_____

Before NIEMEYER, KING, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Monty Wright, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monty E. Wright appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1) (2012).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We conclude that the order is final and appealable as no amendment to the complaint could cure the defects identified by the district court. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).